No. 03–9813. MATHIS v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 03–9814. SHOYINKA v. CITY OF LOS ANGELES, CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 03–9818. McLAURIN v. YARBOROUGH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–9820. STAMPONE v. KEARFOTT GUIDANCE & NAVIGATION CORP. ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–9829. HASSINK v. GANSHEIMER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–9831. HODGE ET AL. v. GIANT FOOD INC. ET AL. C. A. 4th Cir. Certiorari denied.

No. 03–9833. BIROS v. BRADSHAW, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–9834. EVANS v. HAMRICK ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–9836. McGEE v. MOTE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 03–9841. PRESIDENT v. STALDER, SECRETARY, LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 03–9842. LINDSEY v. COLORADO. Ct. App. Colo. Certiorari denied.

No. 03–9843. JUSTICE v. SUPERIOR COURT OF CALIFORNIA, SAN DIEGO COUNTY. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 03–9844. ANGEL v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 03–9848. GORDON ET AL. v. ALABAMA ET AL. Sup. Ct. Ala. Certiorari denied.